# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40399
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 31, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MARIO BARAJAS-BARAJAS,

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 1:13-CR-1018-1

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Mario Barajas-Barajas (Barajas) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011), and *United States v. Moreno-Torres*, 768 F.3d 439, 441 n.2 (5th Cir. 2014). Barajas has filed two responses. The record is not sufficiently developed to allow us to make a fair evaluation of Barajas's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-40399

claims of ineffective assistance of counsel; we therefore deny those claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record, as well as Barajas's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. The motion for leave to withdraw is therefore GRANTED, and counsel is excused from further responsibilities. Barajas's motions to vacate the judgment of the district court and remand for resentencing are DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.